UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIFORNIA VALLEY MIWOK TRIBE, *et al.*,

    Plaintiffs,

v.

DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*,

    Defendants.

Case No. 22-cv-1740 (JMC)

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Motion for Preliminary Injunction, ECF 37, is **DENIED.**

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: November 17, 2023

1